# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA HERMOSILLO OBO MINOR V.M., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:23-cv-01467-SAB <br><br> ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE REVISED LONG FORM APPLICATION <br><br> (ECF No. 5) <br><br> **DEADLINE: TWENTY-ONE DAYS** |

Plaintiff Aida Hermosillo, on behalf of minor, V.M. ("Plaintiff"),[1] filed a complaint on October 12, 2023, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Based on the initial application, the Court found it could not determine from the information provided if Plaintiff is entitled to proceed in this action without prepayment of fees. On October 16, 2023, the Court denied the application without prejudice and ordered Plaintiff to file a long form application. (ECF No. 4.) On November 3, 2023, Plaintiff filed a long form application.

---

[1] For purposes of the application to proceed *in forma pauperis*, the Court refers to the primary applicant Aida Hermosillo as Plaintiff.

1

Based on review of the submitted long form application, the Court still does not have sufficient accurate information to determine if Plaintiff is entitled to proceed without prepayment of fees. (ECF No. 5.) Specifically, in answering the first question pertaining to average gross monthly income during the past 12 months, Plaintiff answers $24,000 in average monthly income, and does not provide an accurate total in the cumulative row. (ECF No. 5 at 1-2.) The Court presumes Plaintiff intended to mean $2,000 per month in average income, however, when listing employment history, only lists one position proffering $1,414 in gross monthly pay. (ECF No. 5 at 2.)

Plaintiff and her spouse claim no income from retirement, disability, unemployment, or public assistance. Plaintiff claims to only have $250 in checking/savings, and that her spouse has $100. (ECF No. 5 at 2.)

Plaintiff owns two vehicles. The first, a 2021 Nissan Frontier, Plaintiff proffers she does not know the value because she is still paying on it. Plaintiff claims ownership of a 2015 Chrysler 300 vehicle, and where the application asks for value, Plaintiff writes she does not know. (ECF No. 5 at 3.)

Relatedly, Plaintiff claims $500 in monthly payments for the Frontier, $340 in auto insurance costs, and $500 in other transportation costs. Therefore, Plaintiff is claiming $1,340 in monthly costs associated with her two vehicles, which taken alone, nearly exceeds her proffered gross monthly income of $1,414.

Plaintiff claims $970 in mortgage payments, $645 in utilities, $250 in home maintenance, $600 for homeowner's insurance, and $1,280 in monthly taxes for the home. Therefore, Plaintiff additionally claims $3,745 in monthly housing costs.

Plaintiff claims no household health insurance or medical costs. Plaintiff claims $1,000 in monthly food costs, $200 in monthly clothing costs, $200 in recreation and entertainment, and $200 in credit card payments. This totals $1,600 in additional monthly expenses.

While Plaintiff did not provide a monthly expense total where requested, these amounts add up to a total of $6,759 per month.

While it appears Plaintiff's monthly expenses currently greatly exceed the household

income, it does not appear Plaintiff has provided the Court with complete or accurate information, and Plaintiff's current monthly expenses appear to greatly exceed those of someone in poverty.  The Court shall order Plaintiff to complete a revised long form application that contains complete and accurate information.  Plaintiff shall clearly describe household income and expenses, for all members of the household, in each category.  Plaintiff is reminded that gross monthly income means income before taxes and other deductions.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. **Within twenty-one (21) days** of issuance of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 6, 2023**

UNITED STATES MAGISTRATE JUDGE

3