# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA HERMOSILLO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01467-NODJ-SAB<br><br>ORDER GRANTING MOTION APPOINTING AIDA HERMOSILLO AS GUARDIAN AD LITEM FOR PLAINTIFF V.M.<br><br>(ECF No. 3) |

Aida Hermosillo, on behalf of minor Plaintiff, V.M., filed a complaint on October 12, 2023, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On October 16, 2023, the Court denied the application without prejudice and ordered Plaintiff to file a long form application. (ECF No. 4.) On November 3, 2023, Plaintiff filed a long form application. (ECF No. 5.) Finding Plaintiff failed to provide the Court with complete and accurate information regarding her household income and expenses, the Court ordered Plaintiff to file a revised long form application on November 6, 2023. (ECF No. 6.) On November 22, 2023, Plaintiff filed a revised long form application. (ECF No. 9.) On November 27, 2023, the Court issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied. (ECF No. 11.) On December 1, 2023, Plaintiff paid the filing fee.

1  Based on the payment of the filing fee, on December 4, 2023, the Court withdrew the pending
2  findings and recommendations and directed the Clerk of the Court to issue a summons and new
3  case documents in this action, and to serve the complaint. (ECF No. 14.)

4        Now that the filing fee has been paid, the Court considers the petition to appoint Aida
5  Hermosillo ("Petitioner") as guardian ad litem for minor Plaintiff V.M. that was filed
6  concurrently with the complaint. (ECF No. 3.)

7        Pursuant to Rule 17 of the Federal Rules of Civil Procedure, a representative of a minor
8  or incompetent person may sue or defend on the minor or incompetent person's behalf. Fed. R.
9  Civ. P. 17(c). This requires the Court to take whatever measures it deems appropriate to protect
10 the interests of the individual during the litigation. U.S. v. 30.64 Acres of Land, More or Less,
11 Situated in Klickitat Cty., State of Wash., 795 F.2d 796, 805 (9th Cir. 1986). The appointment
12 of the guardian ad litem is more than a mere formality. Id. "A guardian ad litem is authorized to
13 act on behalf of his ward and may make all appropriate decisions in the course of specific
14 litigation." Id. A guardian ad litem need not possess any special qualifications, but he must "be
15 truly dedicated to the best interests of the person on whose behalf he seeks to litigate." AT&T
16 Mobility, LLC v. Yeager, 143 F. Supp. 3d 1042, 1054 (E.D. Cal. 2015). This means that the
17 guardian ad litem cannot face an impermissible conflict of interest with the ward and courts
18 consider the candidate's "experience, objectivity, and expertise" or previous relationship with the
19 ward. Id. (citations omitted).

20       "[W]hen a parent brings an action on behalf of a child, and it is evident that the interests
21 of each are the same, no need exists for someone other than the parent to represent the child's
22 interests under Rule 17(c)." Gonzalez v. Reno, 86 F. Supp. 2d 1167, 1185 (S.D. Fla.), aff'd, 212
23 F.3d 1338 (11th Cir. 2000). While a parent is generally appointed as a guardian ad litem, there
24 are situations where the best interests of the minor and the interests of the parent conflict.
25 Anthem Life Ins. Co. v. Olguin, No. 1:06-cv-01165 AWI NEW (TAG), 2007 WL 1390672, at *2
26 (E.D. Cal. May 9, 2007). Therefore, a parent is not entitled as a matter of right to act as guardian
27 ad litem for the child. Id., at *2.

28       The Court has considered the petition of Aida Hermosillo for appointment as guardian ad

litem for V.M., and finds that no conflict that would preclude her serving as a guardian ad litem. (ECF No. 3.) The filing indicates V.M. is the child of Aida Hermosillo, and that Aida Hermosillo is a competent and responsible person that is willing to act as guardian and is familiar with the medical conditions of V.M.

Accordingly, IT IS HEREBY ORDERED that Aida Hermosillo is appointed guardian ad litem for minor V.M.

IT IS SO ORDERED.

Dated: __**December 5, 2023**__

UNITED STATES MAGISTRATE JUDGE

3